IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-24-00046 |
| .025 ACRES MORE OR LESS OF LAND, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Three Defendants have filed Motions for Disbursement. (ECF Nos. 31, 32 (Betty Ward); ECF No. 36 (Morents, LLC); ECF No. 43 (Mayor and City Council of Baltimore City).) The requested disbursement amounts exceed the amount that the Court has determined is the just compensation for the relevant property. The Court set the just compensation for the property at $53,500. (ECF No. 49.) Ward seeks $53,500 (ECF No. 32); Morents, LLC seeks $1,974 (ECF No. 36); the Mayor and City Council of Baltimore seeks $52,600 (ECF No. 43).

Amtrak has volunteered to assist in convening the three Defendants to facilitate a discussion regarding the appropriate distribution of the funds held with the Court. The Defendants shall participate in this discussion in good faith.

Accordingly, it is ORDERED that:

1. Defendants are DIRECTED to convene to discuss a resolution with respect to the appropriate distribution of the funds held with the Court by June 21, 2024.

2. Amtrak is DIRECTED to file a Status Report regarding the status of such discussions by June 28, 2024.

3. To the extent that the Defendants are able to come to an agreement regarding the appropriate distribution of the $53,500 sum held by the Court, they are DIRECTED to file a joint motion for distribution of those funds by June 28, 2024.

DATED this 29 day of May, 2024.

BY THE COURT:

_____
James K. Bredar
United States District Judge