IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL RAILROAD PASSENGER　　*
CORPORATION (AMTRAK),
　　　　　　　　　　　　　　　　*
　　　　Plaintiff,
　　　　　　　　　　　　　　　　*
　　　　v.　　　　　　　　　　　*　　CIVIL NO. JKB-24-00046

.025 ACRES MORE OR LESS OF LAND,　*
et al.,
　　　　　　　　　　　　　　　　*
　　　　Defendants.
　　　　　　　　　　　　　　　　*

*　*　*　*　*　*　*　*　*　*　*　*

## MEMORANDUM AND ORDER

As the Court previously explained, three Defendants have filed Motions for Disbursement with respect to the property located at 2028 West Lanvale Street. (ECF Nos. 31, 32 (Betty Ward); ECF No. 36 (Morents, LLC); ECF No. 43 (Mayor and City Council of Baltimore City).) The requested disbursement amounts exceed the amount that the Court has determined is the just compensation for the relevant property, and Amtrak therefore volunteered to assist in convening the three Defendants to facilitate a discussion regarding the appropriate distribution of the funds held with the Court. (*See* ECF No. 51.)

Amtrak has reported that the discussion was unsuccessful, but that the parties agreed that the appropriate distribution of funds can be resolved by summary judgment. (*See* ECF No. 54.) Therefore, the Court will deny without prejudice the currently-pending Motions for Disbursement (ECF Nos. 31, 32, 36, 43), given that the motions do not address the competing claims to the funds held by the Court or why their claim is superior to the other Defendants' claims. The Court will direct simultaneous summary judgment briefing by the three Defendants that have filed Motions

for Disbursement. The briefing must—with citation to authority—address the competing claims and the priority of each Defendants' claims to the funds.

Accordingly, it is ORDERED that:

1. The Motions for Disbursement (ECF Nos. 31, 32, 36, 43) are DENIED WITHOUT PREJUDICE.

2. The Defendants that have filed Motions for Disbursement (Ward, Morents, and Baltimore City) SHALL FILE Motions for Summary Judgment addressing the competing claims to the funds held by the Court by August 26, 2024.

3. The Defendants SHALL FILE any responses by September 9, 2024.

4. The Defendants SHALL FILE any replies by September 16, 2024.

DATED this 22 day of July, 2024.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge