IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL RAILROAD PASSENGER    *
CORPORATION (AMTRAK),
                               *
    Plaintiff,
                               *
    v.                         *    CIVIL NO. JKB-24-0046

.025 ACRES MORE OR LESS OF LAND, *
et al.,
                               *
    Defendants.                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

In this condemnation action, Amtrak, pursuant to 49 U.S.C. § 24311, has acquired 2028 West Lanvale Street in Baltimore, Maryland. The Court held a hearing regarding the just compensation for the property and issued an Order setting such just compensation at $53,500. (ECF Nos. 49, 50.) Amtrak has deposited funds totaling $53,500 with the Court, which have been held in an interest-bearing account in the registry of the Court. (*See* ECF No. 10.)

The Court concludes that it has jurisdiction over all appearing and non-appearing Defendants, given the nature of this action and that all Defendants have been served by Amtrak. (*See* ECF No. 40 (status report detailing service of process on Defendants).) Further, the time for filing motions for disbursement has long passed. As provided in 49 U.S.C. § 24311(b)(4), "[o]n application of a party, the court may order immediate payment of any part of the amount deposited in the court for the compensation to be awarded." Federal Rule of Civil Procedure 71.1(c)(4) provides that "[t]he court [] may order any distribution of a deposit that the facts warrant."

The Court received Motions for Disbursement from three Defendants: Betty Ward; Morents, LLC ("Morents"); and the Mayor and City Council of Baltimore City (the "City"). (ECF Nos. 31, 32 (Ward); ECF Nos. 36, 56 (Morents); ECF No. 43 (the City).) Given the competing

claims to the funds, the parties filed Motions for Summary Judgment with respect to their disbursement claims (ECF Nos. 57, 58, 59), and this case was referred to Magistrate Judge Austin for settlement (ECF Nos. 61, 62). Thereafter, the three Defendants filed a Joint Motion for Disbursement of Funds. (ECF No. 63.)

The parties jointly request that the Court direct the issuance of two checks: (1) one to the City in the amount of $52,600.00 plus 98.3% of the accrued interest and (2) one to Morents in the amount of $900.00 plus 1.7% of the accrued interest. (*Id.*) The parties, which included Ms. Ward, do not request that Ms. Ward receive a disbursement, despite her earlier request for one. (*Id.*) The Court finds that the facts of this case warrant the approval of these disbursal amounts. The Court will therefore deny the pending Motions for Summary Judgment and for Disbursement, and will grant the Joint Motion for Disbursement of Funds.

Accordingly, it is ORDERED that:

1. Morents' Motion for Disbursement of Funds and Motion for Summary Judgment (ECF Nos. 56, 57), Ward's Motion for Summary Judgment (ECF No. 58), and the City's Motion for Summary Judgment (ECF No. 59) are DENIED AS MOOT.

2. The parties' Joint Motion for Disbursement of Funds (ECF No. 63) is GRANTED.

3. The Clerk is DIRECTED to issue and mail two checks:

    a. For the City, $52,600.00 plus 98.3% of the accrued interest, payable to the Director of Finance, and mailed to the attention of Thomas P.G. Webb, Esq., Baltimore City Law Department, 100 N Holliday Street, City Hall – Room 101, Baltimore, Maryland 21202; and

    b. For Morents, $900.00 plus 1.7% of the accrued interest, payable to Morents, LLC, and mailed to Andrew W. Gray, Esq., 2450 Eutaw Place, Baltimore, Maryland 21217.

4. The Clerk is DIRECTED to CLOSE this case.

DATED this 31 day of October, 2024.

                                                BY THE COURT:

                                                _/s/ James K. Bredar_

                                                James K. Bredar
                                                United States District Judge